**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
CHARLES DESKINS, ESQ.
Nevada Bar No. 15532
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Omega RMS, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY GRANT,<br><br>    Plaintiff,<br><br>v.<br><br>OMEGA RMS, LLC,<br><br>    Defendant. | CASE NO.: 3:23-cv-00608-MMD-CLB<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR LESS THAN 30 DAYS** |

**ORDER**

Pursuant to the Parties' Stipulation, and for good cause, IT IS SO ORDERED. Defendant shall have until, February 9, 2024, to answer or otherwise respond to Plaintiff's Complaint.

Dated: January 31, 2024

_____
United States Magistrate Judge

KRB/20178-3