| | |
|---|---|
| 1 | Robert M. Tzall, Esq. |
| 2 | Nevada State Bar No. 13412 |
|   | Contemporary Legal Solutions |
| 3 | 2551 North Green Valley Parkway |
|   | Building C, Suite 303 |
| 4 | Henderson, NV 89014 |
|   | (702) 666-0233 |
| 5 | office@contemporarylegalsolutions.com |
| 6 | |
|   | Kurt R. Bonds |
| 7 | Hall & Evans LLC |
|   | 1160 N. Town Center Dr. Suite 330 |
| 8 | Las Vegas, NV 89144 |
|   | Tel: 702-998-1022 |
| 9 | nvefile@hallevans.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| J GREGORY GRANT, *individually and on behalf of all others similarly situated*, | Docket No. 3:23-CV-608 |
| Plaintiff, | **ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| OMEGA RMS, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff J. Gregory Grant ("Plaintiff") and Omega RMS, LLC ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: June 27, 2024

/s/*Robert M. Tzall*  
Robert M. Tzall  
**Contemporary Legal Solutions**  
*Attorneys for Plaintiff*

/s/ *Kurt R. Bonds*  
Kurt R. Bonds  
**Hall & Evans, LLC**  
*Attorneys for Defendant*

DATED this 10th day of July 2024.

**IT IS SO ORDERED.**

_____
**HONORABLE JUDGE Miranda M. Du**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th of June, 2024 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
Office@contemporarylegalsolutions.com
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
(702) 666-0233
(702) 727-8034 Fax
***Counsel for Plaintiffs***